UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL A. CATALANO, | : |
| Plaintiff, | : Civ. No. 15-4189 (KM) (JBC) |
| v. | : |
| CITY OF NEWARK, et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

The plaintiff, Daniel A. Catalano, is proceeding with an amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. Among the claims that Mr. Catalano has raised is that police officers from the Newark Police Department unlawfully searched a vehicle in which he was travelling, unlawfully arrested him, and falsely imprisoned him. On November 16, 2015, this Court allowed the complaint to proceed past screening against the City of Newark and the unnamed officers. The Court instructed Mr. Catalano that, once the unnamed officer's names were discovered, he should seek a further amendment to include their names, so that they can be served. On November 30, 2015, Mr. Catalano filed a second amended complaint that names the previously unnamed officers as defendants.

Accordingly, IT IS this 7th day of December, 2015,

ORDERED pursuant to Rule 15, Fed. R. Civ. P., that the second amended complaint is accepted for filing; and it is further

ORDERED pursuant to 28 U.S.C. § 1915(d) that the Clerk shall issue summonses and the U.S. Marshal shall serve the summonses and a copy of the second amended complaint and this Memorandum Order, as well as the Court's August 11, 2015 Opinion and Order (Dkt. Nos. 3 & 4) and the November 16, 2015 Memorandum Order (Dkt. No. 7), upon defendants the City of

Newark, Det. Thomas Del Mauro, Det. Brian Costa, and P.O. Edward Santiago, with all costs of service advanced by the United States; and it is further

ORDERED that defendants the City of Newark, Del Mauro, Costa, and Santiago shall file a responsive pleading within the time specified by Federal Rule of Civil Procedure 12; and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S. mail.

KEVIN MCNULTY
United States District Judge