UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL A. CATALANO, | : |
| Plaintiff, | : Civ. No. 15-4189 (KM) (JBC) |
| v. | : |
| | : MEMORANDUM AND ORDER |
| CITY OF NEWARK, et al., | : |
| Defendants. | : |

The plaintiff, Daniel A. Catalano, is proceeding with a second amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. On December 7, 2015, this Court screened the second amended complaint and permitted it to proceed past screening. The Court ordered the U.S. Marshal to serve the summonses and the second amended complaint on the defendants. Subsequently, on December 8, 2015, the Clerk's Office sent Mr. Catalano blank USM 285 forms to complete and return to the U.S. Marshal within thirty days so that service could be effectuated.

On December 22, 2015, mail to Mr. Catalano was returned to the Court as undeliverable. However, Mr. Catalano submitted a notice of a change of address that was docketed by the Clerk on December 23, 2015. Therefore, it appears that Mr. Catalano may not have received this Court's December 7, 2015 Order or the Clerk's December 8, 2015 Letter of the transmittal of USM forms. Thus, the Clerk will be ordered to serve these filings on Mr. Catalano at his newly updated address.

Accordingly, IT IS this 5th day of January, 2016,

ORDERED that the Clerk shall re-serve on plaintiff the December 7, 2015 Memorandum Order (Dkt. No. 11), the December 8, 2015 Clerk's Letter (Dkt. No. 12), and four USM 285 forms for plaintiff to complete and return to the Court.

                                              KEVIN MCNULTY
                                              United States District Judge